## NORTH COAST LIGHTERAGE CO. v. SULLIVAN.

(Circuit Court of Appeals, Ninth Circuit. May 4, 1908.)

No. 1,481.

In Error to the District Court of the United States for the Second Division of the District of Alaska.

John P. Hartman, A. J. Bruner, Elwood Bruner, and J. Allison Bruner, for plaintiff in error.

Campbell, Metson, Drew, Oatman & MacKenzie, for defendant in error.

Before GILBERT, ROSS, and MORROW, Circuit Judges

PER CURIAM. This case is of the same nature as that of North Coast Lighterage Co. v. Greenwood (just decided) 162 Fed. 25, and the facts and points in each are substantially the same.

For the reasons given in the opinion in the Greenwood Case, the judgment in the present case is affirmed.